# United States Court of Appeals
## For the First Circuit

No. 02-1409

PEDRO J. MONTES; ELIZABETH QUINONES;
PEDRO MONTES-QUINONES; JOSUE MONTES-QUINONES,

Plaintiffs, Appellants,

v.

PONCE MUNICIPALITY; RAFAEL CORDERO SANTIAGO;
GILBERTO COLON-RODRIGUEZ; MARCO MORALES-BARBOSA;
RAMOS CRUZ-LOPEZ; JOSE M. GALARZA-CAPIELO,

Defendants, Appellees.

───────────────

The opinion of this Court issued on October 31, 2003 is amended as follows:

On the cover sheet replace "Seyla, Circuit Judge," with "Lynch, Circuit Judge,"